IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY TERREL ROSS, #171 563, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-409-TMH |
| | )                             [WO] |
| | ) |
| LOUIS BOYD, WARDEN, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 5, 2008 (Doc. #4), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is CONSIDERED and ORDERED as follows:

1. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner on May 23, 2008, be DENIED.

2. This cause of action be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

Done this 24th day of June, 2008.

/s/Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE